**Motion GRANTED.**
*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00027 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| SHARON BREWER | ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through undersigned counsel, and moves this Court for leave to dismiss the indictment in this case. The indictment was returned by the grand jury on February 2, 2011. On August 10, 2011, the Government entered into a pretrial diversion agreement with defendant, Sharon Brewer, which was approved by this Court and filed on August 12, 2011. The Government has been advised by the United States Probation and Pretrial Services Office that the defendant has successfully completed her 18-month term of Pretrial Diversion effective February 8, 2013. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government seeks leave of Court to dismiss the criminal indictment against Sharon Brewer. A proposed order has been filed as an attachment to this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: s/Sandra G. Moses

SANDRA G. MOSES
Assistant U.S. Attorney